UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**COMMUNITY HEALTH CENTER, INC.** :

**v.**                              :     NO. 3:01cv146 (JBA)
                                          LEAD
**STATE OF CONNECTICUT, ET AL**     :

### O R D E R

By Order dated 3/7/06 [#128], plaintiff Community Health Center's Motion for Dismissal of Action [doc. #127] was granted, with consent of defendant Department of Social Services. Inasmuch as these parties have settled, and the consolidated matter captioned <u>Connecticut Primary Care Association, et al v. Wilson-Coker, 3:02cv626 (JBA)</u> remains active, the Clerk is directed to vacate the Order of Consolidation entered on 8/26/03 [#78] and restore case number 3:02cv626 to the active docket.

The Clerk is directed to close 3:01cv146.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **March 9, 2006**