UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CONN. PRIMARY CARE, ET AL**        :

**v.**        :     **NO. 3:02cv626 (JBA)**

**WILSON-COKER**        :

**O R D E R**

In light of the Court's order vacating order of consolidation, the stay in this matter is hereby lifted and the parties shall file a Supplemental 26(f) Planning Report and their respective status reports by 3/24/06 [format attached]. A telephonic scheduling conference will be held April 4, 2006 at 2:00 p.m. Plaintiff's counsel shall initiate the conference call. Chambers: 203-773-2456.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**     **March 9, 2006**

**STATUS REPORT FORMAT**

RE:     **CASE NO. 3:02cv626 (JBA)**
-----------------------------------------------------------------
TO:     **COUNSEL OF RECORD**:
-----------------------------------------------------------------

On or before **3/24/06,**

THE PARTIES SHALL INDIVIDUALLY OR JOINTLY SUBMIT THEIR STATUS REPORT TO aimee_tooker@ctd.uscourts.gov [with email copies to all counsel of record], STATING THE FOLLOWING:

   (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

   (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

   (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

   (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE. STATUS REPORTS NEED <u>NOT</u> BE FILED WITH THE CLERK'S OFFICE.

                                        IT IS SO ORDERED.
                                        JANET BOND ARTERTON, U.S.D.J.