UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT PRIMARY CARE ASSOCIATION, INC., ET AL. | : | CIVIL ACTION NO. 3:02CV00626(JBA) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OR CONNECTICUT DEPARTMENT OF SOCIAL SERVICES | : | |
| *Defendant* | : | March 21, 2006 |

**JOINT MOTION TO SUSPEND RULE 26 COMPLIANCE AND JOINT STATUS REPORT**

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure, the parties in the above-captioned matter respectfully move the court to suspend their required compliance with Rule 26 pending disposition of the parties' cross-motions for summary judgment and further discussion of this matter with the court at the telephonic scheduling conference scheduled for April 4, 2006. In support of this motion, the parties state the following as to the status of this matter:

This matter had been consolidated with *Community Health Center, Inc. v. State of Connecticut*, No. 3:01cv146 (JBA) (hereinafter, "*Community Health Center*") after *Community Health Center* was remanded to the District Court by the Second Circuit. The Court had entered a scheduling order, which was amended several times, for "Phase I" of the consolidated cases, i.e., whether the court should defer to CMS' approval of the Connecticut amended state Medicaid plan. In accordance with the court's amended scheduling order for Phase I, the parties conducted discovery and filed cross-motions for summary judgment at the end of October, 2005. Those dispositive motions are pending before the court at this time.

The court's scheduling order for the consolidated cases provided further that as to Phase II, i.e., whether application of the 4200 visit productivity screen at issue deprived the plaintiffs of 100% of their reasonable and related costs for the years 1999 and 2000, "Phase II discovery will await ruling on summary judgment." A copy of the court's initial scheduling order, dated June 4, 2003, is attached hereto.

The parties believe the scheduling order entered as to the consolidated cases is still viable as to the instant action, despite the fact that *Community Health Center* has settled and been dismissed. Given the current status of this matter and the scheduling order that has previously been issued, the parties request that the filing of a Rule 26 Meeting Report be suspended pending disposition of the cross-motions for summary judgment and further order of the court.

|  Defendant | Plaintiffs |
|---|---|
| By:/s/ Thomas J. Ring<br>Thomas J. Ring<br>Assistant Attorney General<br>Federal Bar No. ct08293<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5210<br>Fax: (860) 808-5385 | By: /s/ James L. Feldesman<br>Attorney James L. Feldesman<br>Feldesman Tucker Leifer Fidell LLP<br>2001 L Street, N.W., Second Floor<br>Washington, D.C. 20036<br>Tel: (202) 466-8960<br>Fax: (202) 293-8103 |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of March , 2006, first class postage prepaid to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Attorney Marilyn B. Fagelson
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Attorney Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

Attorney James L. Feldesman
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036

/s/ Thomas J. Ring
Thomas J. Ring
Assistant Attorney General