UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

COMMUNITY HEALTH CENTER, INC.,:

       Plaintiff,           :

  -vs-                         : CHANCERY NO. 172862

PATRICIA WILSON-COKER, J.D.,   :

M.S.W., COMMISSIONER OF THE    :

STATE OF CONNECTICUT           :

DEPARTMENT OF SOCIAL SERVICES,:

       Defendant.           :

- - - - - - - - - - - - - - - x

               Baltimore, Maryland

               Thursday, September 25, 2003

Deposition of:

           CRAIG DOBYSKI

   A witness, called for examination by counsel for the defendant, pursuant to notice, at 7500 Security Boulevard, Baltimore, Maryland, beginning at 3:05 p.m., before JOSEPH A. INABNET, a Court Reporter and Notary Public in and for the State of Maryland at Large.

COPY

Case 3:02-cv-00626-JBA   Document 44-6   Filed 10/26/2005   Page 2 of 4
COMMUNITY HEALTH CENTER                          CRAIG DOBYSKI
VS. PATRICIA WILSON-COKER, ET AL.          SEPTEMBER 25 , 2003

Page 9

1   you were brought in to develop the payment limit,
2   if part of that work involved in any way the
3   productivity screen.
4       A.   No.
5       Q.   Now, can you tell me why you are the
6   person who was designated to respond to that first
7   issue in my letter about the responses?
8       A.   I can only speculate why.
9       Q.   Well, what do you think?
10      A.   The reason why I think I am is because
11  I'm pretty much the only one left during that time
12  period, and I know who wrote it, and when it was
13  written.
14      Q.   Okay. Well, who wrote it, and when did
15  they write it?
16      A.   Bill Gloster wrote the productivity
17  standard section and the sections that dealt with
18  things other than the payment limit.
19      Q.   Specifically did he write the two
20  responses?
21      A.   He wrote those responses up.
22      Q.   And when did he do that?

1    A.   He wrote those responses shortly after
2    the publication of the final with comment.
3    Q.   And when was that?
4    A.   The final with comment was published in
5    June, sometime in June of '92, June 12, 1992.
6         And I would estimate it was during the
7    summer of that year and into the fall.
8    Q.   Of '92?
9    A.   But I don't really know exactly when
10   those specific comments and responses were written,
11   but the whole preamble was written somewhere
12   between -- if you are looking for a range of date
13   whatever, July of '92 to October '92, somewhere in
14   there.
15   Q.   You said the entire preamble was --
16   A.   The preamble.
17   Q.   -- written during that period of time?
18   A.   Right.
19   Q.   Which would include the responses to the
20   comments?
21   A.   Yeah, yes.
22   Q.   Now, to your knowledge, are there or were

CERTIFICATE OF NOTARY PUBLIC

I, Joseph A. Inabnet, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in Stenotype and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

---------------------------------------
Joseph A. Inabnet, Notary Public
for the State of Maryland

My Commission Expires: January 29, 2007