UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., *et al* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PATRICIA WILSON-COKER, J.D., M.S.W., )<br>COMMISSIONER OF THE )<br>STATE OF CONNECTICUT )<br>DEPARTMENT OF SOCIAL SERVICES, )<br>)<br>Defendant. )<br>_____) | Lead Docket No.<br>Civil Action No. 301cv146(JBA) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 9, Plaintiff respectfully moves for summary judgment in this matter. A Memorandum of Points and Authorities and a Local Rule 9(c)1 Statement of material facts as to which there is no genuine issue are submitted herewith.

October 26, 2005

                                          Respectfully submitted,

                                          Richard R. Brown
                                          Fed. Bar No. CT 00009
                                          Brown, Paindiris & Scott
                                          100 Pearl Street
                                          Hartford, CT 06103
                                          (860)522-3343 (Telephone)
                                          (860)522-2490 (Facsimile)

_____
James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
Tel: (202) 466-8960
Fax: (202) 293-8103

Counsel for Plaintiffs

## CERTIFICATION

This is to certify that I caused a copy of the forgoing to be mailed by overnight delivery, postage prepaid on October 26, 2005 to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

_____
James L. Feldesman