UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT PRIMARY CARE ASSOCIATION, INC., BRIDGEPORT COMMUNITY HEALTH CENTER, INC., COMMUNITY HEALTH SERVICES, INC., CHARTER OAK TERRACE/RICE HEIGHTS HEALTH CENTER, INC., EAST HARTFORD COMMUNITY HEALTH CARE, INC., GENERATIONS FAMILY HEALTH CENTER, INC., NORWALK COMMUNITY HEALTH CENTER, INC., SOUTH-WEST COMMUNITY HEALTH CENTER, INC., and VERNON AREA COMMUNITY HEALTH CENTER, INC. : Plaintiffs, V. PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, Defendant. | CASE NO. 3:02 CV00626 (JBA) APRIL 12, 2006 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Bridgeport Community Health Center, Inc. only is voluntarily dismissed from the above-captioned case with prejudice and without costs or attorneys' fees. This voluntary dismissal by Bridgeport Community Health Center, inc. does not affect the status of any plaintiff other than Bridgeport Community Health Center, Inc.

THE CONNECTICUT PRIMARY CARE
ASSOCIATION, INC.


By_____/s/_____
         Everett E. Newton, ct02508
         Louis B. Todisco, ct09372
         Marilyn B. Fagelson, ct17202

Murtha Cullina LLP
2 Whitney Avenue
P.O. Box 704
New Haven, CT  06503-0704
Telephone:  (203) 772-7700
Fascimile: (203) 772-7734
E-mail:   enewton@murthalaw.com
         ltodisco@murthalaw.com
         mfagelson@murthalaw.com
Juris No:  63446
Their Attorneys

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Notice of Dismissal with Prejudice was mailed first-class, postage prepaid, on this 12th day of April, 2006 to:

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT  06141-0120

James L. Feldesman
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L. Street, NW, 2nd Floor
Washington, DC 20036

Jennifer B. Pennington
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L. Street, NW, 2nd Floor
Washington, DC 20036

/s/
Marilyn B. Fagelson