```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


CONN. PRIMARY CARE, ET AL            :

v.                                   :     NO. 3:02cv626 (JBA)

WILSON-COKER                         :
```

### ENDORSEMENT ORDER [54]

Motion of Dismissal With Prejudice [54] is GRANTED as to plaintiff Bridgeport Community Health Center, Inc. only.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **April 13, 2006**

**STATUS REPORT FORMAT**

RE:     **CASE NO. 3:02cv626 (JBA)**
-----------------------------------------------------------------
TO:     **COUNSEL OF RECORD:**
-----------------------------------------------------------------

On or before **3/24/06,**

THE PARTIES SHALL INDIVIDUALLY OR JOINTLY SUBMIT THEIR STATUS REPORT TO aimee_tooker@ctd.uscourts.gov [with email copies to all counsel of record], STATING THE FOLLOWING:

   (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

   (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

   (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

   (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE. STATUS REPORTS NEED <u>NOT</u> BE FILED WITH THE CLERK'S OFFICE.

                                        IT IS SO ORDERED.
                                        JANET BOND ARTERTON, U.S.D.J.