

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT PRIMARY CARE ASSOCIATION, INC., BRIDGEPORT COMMUNITY HEALTH CENTER, INC., COMMUNITY HEALTH SERVICES, INC., CHARTER OAK TERRACE/RICE HEIGHTS HEALTH CENTER, INC., EAST HARTFORD COMMUNITY HEALTH CARE, INC., GENERATIONS FAMILY HEALTH CENTER, INC., NORWALK COMMUNITY HEALTH CENTER, INC., SOUTH-WEST COMMUNITY HEALTH CENTER, INC., and VERNON AREA COMMUNITY HEALTH CENTER, INC.<br><br>Plaintiffs,<br><br>V.<br><br>PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES,<br><br>Defendant. | CASE NO. 3:02 CV00626 (JBA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 4, 2006 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Southwest Community Health Center, Inc. only is voluntarily dismissed from the above-captioned case with prejudice and without costs or attorneys' fees. This voluntary dismissal by Southwest Community Health Center, Inc. does not affect the status of any plaintiff other than Southwest Community Health Center, Inc.

THE CONNECTICUT PRIMARY CARE
ASSOCIATION, INC.


By *Marily B. Fagelson*
      Everett E. Newton, ct02508
      Louis B. Todisco, ct09372
      Marilyn B. Fagelson, ct17202

Murtha Cullina LLP
2 Whitney Avenue
P.O. Box 704
New Haven, CT  06503-0704
Telephone:  (203) 772-7700
Fascimile: (203) 772-7734
E-mail:   enewton@murthalaw.com
          ltodisco@murthalaw.com
          mfagelson@murthalaw.com
Juris No:  63446
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal with Prejudice was mailed first-class, postage prepaid, on this 4th day of May, 2006 to:

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

James L. Feldesman
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L. Street, NW, 2nd Floor
Washington, DC 20036

Jennifer B. Pennington
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L. Street, NW, 2nd Floor
Washington, DC 20036

Marilyn B. Fagelson