UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CONN. PRIMARY CARE, ET AL**       :

**v.**                              :    **NO. 3:02cv626 (JBA)**

**WILSON-COKER**                    :

**ENDORSEMENT ORDER [56]**

Motion of Dismissal With Prejudice [56] is GRANTED as to plaintiff Southwest Community Health Center, Inc. only.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:    May 5, 2006**

**STATUS REPORT FORMAT**

RE:     **CASE NO. 3:02cv626 (JBA)**
-----------------------------------------------------------------
TO:     **COUNSEL OF RECORD**:
-----------------------------------------------------------------

On or before **3/24/06,**

THE PARTIES SHALL INDIVIDUALLY OR JOINTLY SUBMIT THEIR STATUS REPORT TO aimee_tooker@ctd.uscourts.gov [with email copies to all counsel of record], STATING THE FOLLOWING:

   (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

   (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

   (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

   (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE. STATUS REPORTS NEED <u>NOT</u> BE FILED WITH THE CLERK'S OFFICE.

                                        IT IS SO ORDERED.
                                        JANET BOND ARTERTON, U.S.D.J.