UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT PRIMARY CARE <br> ASSOCIATION, INC., *et al.* <br> <br> Plaintiffs, <br> <br> v. <br> <br> PATRICIA WILSON-COKER, J.D., M.S.W., <br> COMMISSIONER OF THE <br> STATE OF CONNECTICUT <br> DEPARTMENT OF SOCIAL SERVICES, <br> <br> Defendant. | Civil Action No. 3:02cv626(JBA) |

## JOINT STIPULATION AND RULE 26(f) REPORT

Pursuant to Fed. R. Civ. P. 26(f) and the Court's direction at the conclusion of the status conference held in this matter on September 13, 2006, the parties hereby report and jointly stipulate as follows:

1.  The Court's September 1, 2006 Ruling on Motions for Summary Judgment (the "Ruling") (at 21) referred to a potential "second phase" for this matter. The parties agree that no second phase is needed, and the Court may issue a final judgment reflecting its Ruling.

2.  Notwithstanding the parties' agreement in paragraph 1 above, in order to allow the parties to attempt to reach settlement, they respectfully request that the Court briefly stay any issuance of a final judgment for four weeks in order to allow the parties to reach agreement regarding: (a) amounts payable to plaintiffs as a result of the Court's

1

Ruling, or (b) a methodology for the same. The parties and their counsel will make a good faith effort to secure such an agreement.

Plaintiffs wish to state their understanding that defendant Wilson-Coker will almost certainly have to secure approval of such an agreement from another State Executive Branch agency (or agencies).

Respectfully submitted,

| | |
|---|---|
| Marilyn B. Fagelson, Esq.<br>Murtha Cullina LLP<br>2 Whitney Avenue<br>New Haven, CT 06510 | Thomas J. Ring<br>Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| James L. Feldesman<br>Kathy S. Ghiladi<br>Feldesman Tucker Leifer Fidell LLP<br>2001 L Street, N.W.<br>Second Floor<br>Washington, D.C. 20036<br>Tel: (202) 466-8960<br>Fax: (202) 293-8103 | Counsel for Defendants |

Counsel for Plaintiffs

September 29, 2006

2