**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CONN. PRIMARY CARE, ET AL**      :

**v.**                             :      **NO. 3:02cv626 (JBA)**

**WILSON-COKER**                   :

### ENDORSEMENT ORDER [61]

In accordance with the request of counsel [doc. #61], any further proceedings in this matter are stayed until November 1, 2006, on which date the parties shall submit a status report. Format attached.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   October 4, 2006**

**STATUS REPORT FORMAT**

RE:     **CASE NO. 3:02cv626 (JBA)**
-----------------------------------------------------------------
TO:     **COUNSEL OF RECORD:**
-----------------------------------------------------------------

On or before **11/1/06,**

THE PARTIES SHALL INDIVIDUALLY OR JOINTLY SUBMIT THEIR STATUS REPORT TO aimee_tooker@ctd.uscourts.gov [with email copies to all counsel of record], STATING THE FOLLOWING:

     (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

     (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

     (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

     (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE. STATUS REPORTS NEED <u>NOT</u> BE FILED WITH THE CLERK'S OFFICE.

                              IT IS SO ORDERED.
                              JANET BOND ARTERTON, U.S.D.J.