UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONN. PRIMARY CARE, *et al.*   )
                               )
    Plaintiffs,              )
                               )
v.                             )
                               )  Civil Action No. 3:02cv626(JBA)
PATRICIA WILSON-COKER, J.D., M.S.W.,  )
COMMISSIONER OF THE            )
STATE OF CONNECTICUT           )
DEPARTMENT OF SOCIAL SERVICES, )
                               )
    Defendant.              )
_____)

## JOINT STIPULATION AND MOTION FOR EXTENSION OF TIME TO SUBMIT STATUS REPORT

The Court's Endorsement Order of October 4, 2006 directs the parties to submit a Status Report on or before November 1, 2006. For the reasons reported by the parties below, the parties respectfully submit a partial and preliminary Status Report and request an extension of time until December 1, 2006 to submit the required Status Report:

    (a)    Status of the Case: On September 1, 2006, the Court issued its Ruling on Motions for Summary Judgment (the "Ruling") and the parties subsequently agreed by Joint Stipulation that a second phase is not necessary for the Court to issue a final judgment reflecting its Ruling. The parties are currently in the process of determining the amounts payable to plaintiffs as a result of the Court's Ruling. Plaintiffs' counsel has received working documents for most of the plaintiff health centers and is waiting for information from the last health center. Defendants are also making a good faith effort to

1

obtain information needed to reach agreement on settlement terms. The parties anticipate that once they have gathered the information they believe is necessary, they will be able to meet to share information and discuss the amounts payable to plaintiffs and the methodology for determining the same. The parties are hopeful that their efforts can result in an agreement which will fully and finally resolve all issues relating to this action and obviate any further proceedings concerning such issues. The parties, therefore, request an additional thirty days, up to and including December 1, 2006, to provide the Court with another Status Report.

(b) Interest in referral for settlement purposes to a United States Magistrate Judge - - not applicable. The parties are in the process of gathering the information they need to reach agreement on settlement terms.

(c) Whether the parties will consent to a trial before a Magistrate Judge - - not applicable. Given the Court's September 1, 2006 Ruling on Motions for Summary Judgment and the parties' efforts to reach agreement on settlement terms, there is no need for this matter to proceed to trial.

(d) The estimated length of trial - - the parties agree that there is no need for a trial

in this matter.

Respectfully submitted,

Marilyn B. Fagelson, Esq.  
Murtha Cullina LLP  
2 Whitney Avenue  
New Haven, CT 06510

_____  
Thomas J. Ring  
Assistant Attorney General  
Office of the Attorney General  
P.O. Box 120  
Hartford, CT 06141-0120

_____/KSG  
James L. Feldesman  
Kathy S. Ghiladi  
Feldesman Tucker Leifer Fidell LLP  
2001 L Street, N.W.  
Second Floor  
Washington, D.C. 20036  
Tel: (202) 466-8960  
Fax: (202) 293-8103

Counsel for Defendants

Counsel for Plaintiffs

November 1, 2006

3