UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONN. PRIMARY CARE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:02cv626(JBA) |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT AND MOTION FOR EXTENSION OF TIME TO SUBMIT FURTHER STATUS REPORT

On November 1, 2006, the parties submitted a Joint Stipulation and Motion for Extension of Time to Submit Status Report advising the Court as to the status of the parties' settlement efforts and requesting the opportunity to provide a Status Report to the Court on or before December 1, 2006.

The parties jointly report as follows:

Status of the Case: Following the Court's September 1, 2006 Ruling on Motions for Summary Judgment (the "Ruling"), the parties have been in the process of determining the amounts payable to plaintiffs. Plaintiffs and defendants have made an effort to obtain information needed to reach agreement on settlement terms and, toward that end, their representatives met on November 27, 2006 at DSS headquarters to discuss settlement terms.

1

The parties believe they have made substantial progress as a result of their meeting and are in the process of obtaining some additional information. The parties anticipate that they will require at least one additional meeting or telephone conference to finalize the details of their discussions in order to reach agreement on the amounts payable to plaintiffs and the methodology for determining the same.

For the foregoing reasons, the parties request until January 30, 2007 to provide the Court with another Status Report.

Respectfully submitted,

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Thomas J. King
Assistant Attorney General
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Counsel for Defendants

James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
Tel: (202) 466-8960
Fax: (202) 293-8103

Counsel for Plaintiffs

December 1, 2006