UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONN. PRIMARY CARE, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PATRICIA WILSON-COKER, J.D., M.S.W., ) <br> COMMISSIONER OF THE ) <br> STATE OF CONNECTICUT ) <br> DEPARTMENT OF SOCIAL SERVICES, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 3:02cv626(JBA) |

**JOINT STATUS REPORT AND MOTION FOR ENTRY OF JUDGMENT**

On December 1, 2006, the parties submitted a Joint Stipulation and Motion for Extension of Time to Submit Status Report advising the Court as to the status of the parties' settlement efforts and requesting the opportunity to provide a Status Report to the Court on or before January 30, 2007.

The parties jointly report as follows:

Status of the Case: Following the Court's September 1, 2006 Ruling on Motions for Summary Judgment (the "Ruling"), the parties have been in the process of determining the amounts payable to plaintiffs. Plaintiffs and defendant have made an effort to obtain information needed to reach agreement on settlement terms and, toward that end, their representatives met on November 27, 2006 at DSS headquarters to discuss settlement terms.

1

Since that time the parties have learned that they disagree as to which claims the rates to be re-calculated as a result of the Court's September 1, 2006 Ruling should apply. The source of their disagreement involves issues that are beyond the scope of the instant action currently pending before the Court. Accordingly, the parties request that the Court in this action enter an Order that enjoins defendants from using the 4200 physician visit productivity screen the Court found unlawful in its September 1, 2006 Ruling. A proposed Order is submitted herewith for the Court's consideration.

Respectfully submitted,

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

*James L. Feldesman/KSG*
_____
James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
Tel: (202) 466-8960
Fax: (202) 293-8103

Counsel for Plaintiffs

January 30, 2007

*Thomas J. Ring*
Thomas J. Ring
Assistant Attorney General
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Counsel for Defendants

2