**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CONN. PRIMARY CARE, ET AL**          :

**v.**                                 :       **NO. 3:02cv626 (JBA)**

**WILSON-COKER**                       :

**ENDORSEMENT ORDER**

The parties' Motion for Entry of Judgment is GRANTED and Judgment Order is entered accordingly this date.

IT IS SO ORDERED.

                          /s/
                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **January 31, 2007**