UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONN. PRIMARY CARE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA WILSON-COKER, J.D., M.S.W., COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, <br><br> Defendant. | Civil Action No. 3:02cv626(JBA) |

## JUDGMENT ORDER

For the reasons set forth in the Court's September 1, 2006 Ruling on Motions for Summary Judgment (the "Ruling") dated September 1, 2006, the Court hereby enters Judgment in favor of plaintiffs and ORDERS that:

1. defendant shall re-calculate the per visit rates of each plaintiff health center *without* the application of the 4200 physician visit productivity screen that was at issue in this case and found unlawful;

2. all future payments to plaintiff health centers, from the date of the September 1, 2006 Ruling, shall use the re-calculated rates described above in paragraph one; and

3. plaintiffs shall receive their reasonable attorneys' fees and costs in bringing this action in accordance with applicable law.

SO ORDERED, on  31 January , 2007.

Janet Bond Arterton
United States District Judge