UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT PRIMARY CARE ASSOCIATION, INC., *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PATRICIA WILSON-COKER, J.D., M.S.W.,  )<br>COMMISSIONER OF THE  )<br>STATE OF CONNECTICUT  )<br>DEPARTMENT OF SOCIAL SERVICES,  )<br>)<br>Defendant.  )  | Civil Action No. 3:02cv626(JBA) |

## PLAINITIFFS' CONSENTED-TO MOTION FOR EXTENSION OF TIME IN WHICH TO SUBMIT MOTION FOR ATTORNEYS' FEES

Plaintiffs, by and through undersigned counsel, respectfully request an extension of time of two weeks in which to file a Motion for Attorneys' Fees and supporting memorandum and in support of this extension request state as follows:

1. On September 1, 2006, this Court issued its Ruling on Motions for Summary Judgment pursuant to which plaintiffs are "prevailing parties."

2. Judgment in plaintiffs' favor was entered on January 31, 2007.

3. A Motion for Attorneys' Fees and supporting memorandum would be due on March 2, 2007.

4. Plaintiffs and defendant have been in contact regarding the issue of plaintiffs' attorneys' fees and the parties believe that they may be able to resolve the issue of those fees without the intervention of the Court. Plaintiffs' counsel has provided

1

defendant's counsel with supporting documentation for their fees and defendant's counsel has had an opportunity to perform an initial review of that documentation.

5. On March 1, 2007, counsel for the parties discussed the issue of attorneys' fees and believe that they may be likely to resolve this issue without briefing the issue to the Court. Defendant, through Assistant Attorney General Thomas J. Ring, advised that defendant consents to the extension sought in this motion.

For the foregoing reasons, plaintiffs respectfully request a two week extension of time in which to file a Motion for Attorneys' Fees, should one be necessary. Plaintiffs respectfully request that the due date for such a motion be extended to March 16, 2007.

Respectfully submitted,

*James L. Feldesman* /KSG
_____
James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
Tel: (202) 466-8960
Fax: (202) 293-8103

Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

This is to certify that on March 1, 2007, I caused a copy of the foregoing Plaintiffs' Consented-To Motion for Extension of Time in Which to File Motion for Attorneys' Fees to be served *via* first class mail, postage prepaid on:

> Marilyn B. Fagelson, Esq.
> Murtha Cullina LLP
> 2 Whitney Avenue
> New Haven, CT 06510
>
> Thomas J. Ring
> Assistant Attorney General
> Office of the Attorney General
> P.O. Box 120
> Hartford, CT 06141-0120

_____
Kathy S. Ghiladi